IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN JOSEPH KRATOCHVIL,    )
                          )
   Plaintiff,            )
                          )        NO. 3:24-cv-01042
v.                        )
                          )        JUDGE RICHARDSON
FRANK STRADA, et al.,     )
                          )
   Defendants.           )
                          )

**ORDER**

Pending before the Court[1] is the report and recommendation (Doc. No. 30, "R&R") of the Magistrate Judge, which recommends that the Court deny the motion to dismiss (Doc. No. 23, "Motion") filed by Defendants, Frank Strada and L. R. Thomas (collectively, "Defendants"). Defendants have filed Objections (Doc. No. 32, "Objections")[2] to the R&R.

For the reasons stated in the accompanying memorandum opinion, the Court adopts and approves the R&R (Doc. No. 30), except as to its portion finding that the protected conduct that supports the Retaliation Claim is Plaintiff's grievance filings. The Court finds instead that the protected conduct that supports the Retaliation Claim is Plaintiff's filing of the Complaint to initiate the instant action, and this action will proceed hereafter consistent with that finding. With the caveats in the prior two sentences, the Court **DENIES** Defendants' Motion (Doc. No. 23).

---

[1] Herein, "the Court" refers to the undersigned District Judge, as opposed to the Magistrate Judge who authored the R&R.

[2] Herein, a given use of the term "Objections" may refer to the document (Doc. No. 32) itself, to the purported objections contained therein (i.e., the "objections" to the R&R contained within the "Objections"), or both.

IT IS SO ORDERED.

_Eli Richardson_

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE